IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

**COURT MINUTES - CRIMINAL**
BEFORE: DULCE J. FOSTER
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Phillip Weltin,

    Defendant.

| | |
|---|---|
| Case No: | 26-mj-10 DJF |
| Date: | January 9, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 8E |
| Time Commenced: | 1:42 p.m. |
| Time Concluded: | 1:53 p.m. |
| Time in Court: | 11 minutes |

**APPEARANCES:**

Plaintiff: Thomas Calhoun-Lopez, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Defender
    X FPD    X To be appointed

X Advised of Rights

on Violation of     X Pretrial Release
X Date charges or violation filed: January 7, 2026
X Current Offense: Use of alcohol; possession of a device with internet access without prior permission from the Pretrial Services officer.
X **Charges from other District:** District of Idaho
X Title and Code of underlying offense from other District: Possession of child pornography - 18:2252A(a)(5)(B), (b)(2) and 2256(8)(A)
X Case no: 1:25-cr-00199-BLW

X Government moves for a detention hearing.    X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Wednesday, January 14, 2026 at 10:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) location for:
X Detention hrg      X Bond Revocation

X Removal hearing waived.
X Removal Order to be issued.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on record.

                                                *s/ms*
                                    Signature of Courtroom Deputy